UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRIAN ALLEN,<br><br>　　　　　　　　Petitioner,<br>　v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>　　　　　　　　Respondents. | Case No.  3:13-cv-00423-MMD-VPC<br><br>ORDER |

Petitioner Brian Allen's application to proceed *in forma pauperis* was denied and he was ordered to pay the $5 filing fee no later than September 12, 2013.  That date has passed and petitioner has not paid the fee, requested additional time or contacted the Court for any reason. Therefore, the Court will dismiss the petition and this action without prejudice for failing to comply with an order of the Court.  LSR 1-3(d).

It is therefore ordered that the Clerk shall detach and file the petition (dkt no. 1-1). The petition is dismissed without prejudice for failing to pay the required fee as ordered. No certificate of appealability shall issue because no jurist of reason would disagree with this procedural decision.  The Clerk shall enter judgment accordingly.

DATED THIS 9th day of October 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE