UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN ALLEN,<br><br>                    Petitioner,<br>v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>                    Respondents. | Case No. 3:13-cv-00423-MMD-VPC<br><br>ORDER |

IT IS ORDERED that, from this date forward, the hard copy of any exhibits shall be forwarded — for this case — to the staff attorneys in Las Vegas.

DATED THIS 12th day of November 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE