UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRIAN ALLEN,<br><br>                    Petitioner,<br>    v.<br><br>ROBERT LEGRAND, *et al.*,<br><br>                    Respondents. | Case No.  3:13-cv-00423-MMD-VPC<br><br>ORDER |

    The court denied petitioner's motion for appointment of counsel (dkt. no. 9). Order (dkt. no. 8).  Petitioner has filed a request for reconsideration (dkt. no. 12) and another motion for appointment of counsel (dkt. no. 11). Nothing in these motions makes the Court depart from its earlier decision.

    It is therefore ordered that petitioner's motion for appointment of counsel (dkt. no. 11) is denied.

    It is further ordered that petitioner's request for reconsideration (dkt .no. 12) is denied.

    DATED THIS 4th day of December 2013.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE